ACCEPTED
15-25-00011-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/25/2025 2:45 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00011-CV

**In the Fifteenth Court of Appeals**
**Austin, Texas**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/25/2025 2:45:07 PM
CHRISTOPHER A. PRINE
Clerk

The Board of Regents of the University of Texas System, The University of Texas System, and The University of Texas M.D. Anderson Cancer Center
*Appellants*,

v.

GENSETIX, INC.,
*Appellee*.

On Appeal from Cause No. 2021-73071
In the 152nd Judicial District of Harris County, Texas

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF**

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellants, The Board of Regents of the University of Texas System, The University of Texas System, and The University of Texas M.D. Anderson Cancer Center ("Appellants") file this unopposed motion seeking a 30-day extension of time to file Appellants' Brief to May 7, 2025. In support of this motion, Appellants show the following:

1

1. Appellants filed an interlocutory appeal pursuant to Civil Practice and Remedies Code section 51.014(a)(8), which allows for an immediate appeal from an order that denies a plea to the jurisdiction. Appellants' deadline to file Appellants' Brief is April 7, 2025.

2. The following grounds provide good cause for extending the time to file Appellee's Brief. Appellant's counsel has been busy preparing for Supplemental Briefing and Response to a Motion to Intervene and Amicus Briefing before this Court in No. 15-24-00057-CV, Tarleton State University v. Foundation for Individual Rights and Expression; a March 17, 2025 deadline for Appellants' Briefing before this Court in No. 15-25-00013-CV, State of Texas et al. v. Broadmoor Austin Associates, and No. 15-25-00012-CV, State of Texas et al. v. 8317 Cross Park, LLC; a May 5, 2025 deadline for Appellee's Briefing before this Court in No. 15-25-00017-CV, In re Guardianship of Landen Thomas Griswold, an Incapacitated Person; and a April 7, 2025 deadline for Merits Briefing before the Texas Supreme Court, 24-1078, Paxton v. City of Austin and Austin Transit Partnership Local Government Corporation.

3. This is the first request for an extension of time to file Appellants' Brief before this Court.

4. The motion is unopposed.

5.     This motion is not filed for the purpose of delay, nor will Appellee be harmed because Appellee is unopposed to this extension request.

## **Prayer**

For these reasons, Appellants respectfully request that the Court grant an extension of time of 30-days to file Appellants' Brief to May 7, 2025 and grant it any other relief to which it may be justly entitled.

Respectfully submitted.

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil
Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Alyssa Bixby-Lawson*
**ALYSSA BIXBY-LAWSON**
*Attorney in Charge*
Texas Bar No. 24122680
Assistant Attorneys General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
(210) 270-1118 – Phone
(512) 320-0667 – Fax
alyssa.bixby-lawson@oag.texas.gov

***Counsel for Appellants***

4

## CERTIFICATE OF SERVICE

I certify that on March 25, 2025, a true and correct copy of this document was served via the court's e-service system on the following counsel of record:

Cabrach J. Connor
Cab@CLandS.com
Jennifer Tatum Lee
Jennifer@CLandS.com
Sergio R. Davila
Sergio@CLandS.com
Connor Lee & Shumaker PLLC
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
(512) 777-1254

Anthony G. Buzzbee
tbuzbee@txattorneys.com
Ryan S. Pigg
rpigg@txattorneys.com
The Buzbee Law Firm
(713) 223-5393

***Counsel for Appellee***

*/s/ Alyssa Bixby-Lawson*
**ALYSSA BIXBY-LAWSON**
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Victoria Gomez on behalf of Alyssa Bixby-Lawson
Bar No. 24122680
victoria.gomez@oag.texas.gov
Envelope ID: 98867065
Filing Code Description: Motion
Filing Description: 20250325 Unopposed Motion for Extension of Time
Status as of 3/25/2025 3:20 PM CST

Associated Case Party: Board of Regents of the University of Texas System

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David E.Harrell | | David.Harrell@troutman.com | 3/25/2025 2:45:07 PM | SENT |
| Deanna MarkowitzWillson | | deanna.willson@troutman.com | 3/25/2025 2:45:07 PM | SENT |
| Chris Dove | | Chris.Dove@troutman.com | 3/25/2025 2:45:07 PM | SENT |
| Monika Dziemianczuk | | monika.dziemianczuk@troutman.com | 3/25/2025 2:45:07 PM | SENT |

Associated Case Party: Gensetix, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cabrach Connor | | Cab@CLandS.com | 3/25/2025 2:45:07 PM | SENT |
| Jennifer TatumLee | | Jennifer@CLandS.com | 3/25/2025 2:45:07 PM | SENT |
| Sergio Davila | | Sergio@CLandS.com | 3/25/2025 2:45:07 PM | SENT |
| Anthony Buzbee | | tbuzbee@txattorneys.com | 3/25/2025 2:45:07 PM | SENT |
| Ryan Pigg | | rpigg@txattorneys.com | 3/25/2025 2:45:07 PM | SENT |
| Rian Taff | | rtaff@txattorneys.com | 3/25/2025 2:45:07 PM | SENT |
| Mauricio Guevara | | mguevara@txattorneys.com | 3/25/2025 2:45:07 PM | SENT |
| Lionel Sims | | lsims@txattorneys.com | 3/25/2025 2:45:07 PM | SENT |

Associated Case Party: University of Texas M.D. Anderson Cancer Center

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Alyssa Bixby-Lawson | | alyssa.bixby-lawson@oag.texas.gov | 3/25/2025 2:45:07 PM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 3/25/2025 2:45:07 PM | SENT |